ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 E-mail: schneidere@SEC.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
 E-mail: winklerm@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
 E-mail: heftya@sec.gov
BERNARD B. SMYTH (Cal. Bar No. 217741)
 E-mail: smythb@sec.gov
JASON H. LEE (Cal. Bar No. 253140)
 E-mail: leejh@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN JAMES ROJAS,<br><br>　　　　Defendant. | Case No.: 5:19-cv-01799-FLA (SHKx)<br><br>**PARTIES' JOINT STATUS REPORT REGARDING FEBRUARY 2, 2022 SETTLEMENT CONFERENCE** |

Parties' Joint Status Report Regarding
February 2, 2022 Settlement Conference
Case No. 5:19-cv-01799-FLA (SHKx)

1  Pursuant to the Court's September 7, 2021 (In Chambers) Order (Dkt. No. 33),
2  Plaintiff Securities and Exchange Commission and Defendant Ruben James Rojas
3  (collectively, the "Parties"), by and through their respective counsel of record, submit
4  this Joint Status Report Regarding the February 2, 2022 Settlement Conference
5  before Magistrate Judge Shashi H. Kewalramani.
6  The Parties did not reach a settlement at the conference.  However, Magistrate
7  Judge Kewalramani offered the Parties the opportunity to participate in an additional
8  Settlement Conference of up to two hours duration.  The Parties will continue to meet
9  and confer on the issue of whether an additional Settlement Conference may be
10 beneficial, and will jointly request one if they determine that it may assist in
11 facilitating settlement.

13  Dated:  February 9, 2022                Respectfully submitted,

                                           /s/ Andrew J. Hefty
                                           Andrew J. Hefty
                                           Attorney for Plaintiff
                                           Securities and Exchange Commission

19  Dated:  February 9, 2022                Respectfully submitted,

                                           /s/ Andrew B. Holmes
                                           Andrew B. Holmes
                                           Holmes, Taylor, Athey, Cowan & Jones LLP
                                           Attorney for Defendant Ruben J. Rojas

### LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Andrew J. Hefty, attest that all signatories

1  identified above, and on whose behalf the filing is submitted, concur in the filing's
2  content and have authorized the filing.
3
4                              */s/ Andrew J. Hefty*
                               Andrew J. Hefty
5
6
7
...
28

Parties' Joint Status Report Regarding
February 2, 2022 Settlement Conference
Case No. 5:19-cv-01799-FLA (SHKx)

2